## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Anna Shkuratova
_____
                Plaintiff(s)

            v.                          CIVIL ACTION NO. 17-cv-10388-GAO


Farm Neck Association, Inc., et al
_____
                Defendant(s)

### JUDGMENT IN A CIVIL CASE

**O'TOOLE U.S.D.J**
_____


**IT IS ORDERED AND ADJUDGED:** Pursuant to the Opinion and Order of this court on 09/17/2018, Summary Judgment is GRANTED for the Defendants'. This action is hereby dismissed





                                        ROBERT M. FARRELL
                                        CLERK OF COURT



Dated:  09/17/2018

                                    By  /s/ Taylor Halley_____
                                        Deputy Clerk